UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ANDREW PERRONG, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:21-cv-10084-IT |
| | * | |
| ALL STAR CHIMNEY SOLUTIONS, INC., | * | |
| | * | |
| Defendant. | * | |

JUDGMENT

June 7, 2021

TALWANI, D.J.

Pursuant to the court's Memorandum & Order [#13] granting Plaintiff Andrew Perrong's Motion for Default Judgment [#10], the court enters judgment in favor of Perrong in the amount of $4,500. This case is now CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge